**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Austin Voegtli, individually and on behalf of all others similarly situated,

                    Plaintiff,

          -against-

National Debt Relief, LLC,

                    Defendant.

1:26-cv-04141 (GHW) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

This case has been referred to the undersigned for general pretrial management and dispositive motions. (Referral Order, ECF No. 6.) On June 29, 2026, Defendant filed a letter requesting a pre-motion conference, which District Judge Woods denied without prejudice to renewal before the undersigned. (Order, ECF No. 10.) As of the date of this Order, Defendant has not renewed its request. In any event, this Court does not require pre-motion letters. Accordingly, it is hereby ORDERED that, no later than Tuesday, July 7, 2026, the parties shall file a joint letter setting forth a proposed briefing schedule for Defendant's anticipated motion to dismiss.

**SO ORDERED.**

Dated:    New York, New York
          July 1, 2026

_____
STEWART D. AARON
United States Magistrate Judge